

**FILED**

Victory Stratton
Plaintiff in Pro Per
12301 S 88th E Ave
Bixby, OK 74008

SEP 19 2025



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

VICTORY STRATTON,
Plaintiff,

v.

PHH MORTGAGE CORPORATION, et
al.,
Defendants.

Case No.: 2:25-cv-02040-DC-CSK

### PLAINTIFF'S NOTICE OF DEFENDANT'S NOTICE

### OF UNTIMELY MOTION TO DISMISS

Plaintiff Victory Stratton ("Plaintiff"), appearing pro se, hereby notifies the Court of the procedural untimeliness of Defendant PHH Mortgage Corporation's Motion to Dismiss (Doc. No. 6).

### I. BACKGROUND

1. Plaintiff served Defendant with the summons and complaint on July 2, 2025.

2. Defendant filed a Notice of Removal on July 22, 2025.

3. Defendant filed its Motion to Dismiss on September 5, 2025.

### II. APPLICABLE RULE

Under Federal Rule of Civil Procedure 81(c)(2), after a case is removed, the time for a defendant to file a responsive pleading is the longest of:

1. 21 days after receiving the initial pleading;

2. 21 days after being served with the summons; or

3. 7 days after the notice of removal is filed.

Here, the longest applicable deadline was July 29, 2025 (7 days after removal).

## III. ARGUMENT

Defendant did not file its Motion to Dismiss until September 5, 2025, more than five weeks past the July 29, 2025 deadline. This renders the Motion procedurally untimely.

An untimely Rule 12(b)(6) motion should be denied. At minimum, it should be construed as an Answer, requiring Defendant to address the allegations on the merits rather than seeking dismissal at this late stage.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Deny Defendant's Motion to Dismiss as untimely; or

2. In the alternative, construe the Motion as an Answer and direct Defendant to proceed on the merits.

Respectfully submitted,

Dated: Sept 18 , 2025

Victory Stratton
Plaintiff in Pro Per
12301 S 88th E Ave
Bixby, Ok 74008

## CERTIFICATE OF SERVICE

I hereby certify that on ~~Sept 18~~ , 2025, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF UNTIMELY MOTION TO DISMISS by depositing it in the U.S. Mail, first-class postage prepaid, addressed as follows:

MARY KATE SULLIVAN
ADAM N. BARASCH
STINSON LLP
595 Market Street, Suite 2600
San Francisco, CA 94105
Attorneys for Defendant PHH Mortgage Corporation

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated ~~Sept 18~~ , 2025

Victory Stratton