UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY STRATTON,<br>Plaintiff,<br>v.<br>PHH MORTGAGE CORPORATION, et al.,<br>Defendants. | Case No. 2:25-cv-02040-DC-CSK (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 6, 17) |

On March 20, 2026, the magistrate judge filed findings and recommendations (ECF No. 17), which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 17.) On April 13, 2026, Plaintiff was re-served with a copy of the findings and recommendations to the updated address that was filed April 06, 2026. No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED;
2. Defendant’s motion to dismiss (ECF No. 6) is DENIED as untimely;

3. Defendant is ordered to file an Answer to the Complaint within 14 days of the date of entry of this order; and

4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dena Coggins
United States District Judge